IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


DEBBIE HUMPHRIES,

        Petitioner,

v.                                                                    4:05cv335-WS

WARDEN M.L. RIVERA,

        Respondent.

_____

ORDER DENYING PETITIONER'S PETITION
FOR WRIT OF HABEAS CORPUS

      Before the court is the magistrate judge's report and recommendation docketed July 6, 2006.  See Doc. 15.  The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be denied.  A copy of the report and recommendation was sent to the petitioner at the address then on record with the court.  The petitioner thereafter filed a notice of address change, and a second copy of the report and recommendation was sent to the petitioner's new address.  Neither copy of the report and recommendation was returned to the court as undeliverable.  The petitioner, moreover, has filed no objections to the report and recommendation.

      Having carefully considered the record, this court has determined that the recommendation should be adopted.

      Accordingly, it is ORDERED:

      1.  The magistrate judge's report and recommendation (doc. 15) is hereby

ADOPTED and incorporated by reference in this order of the court.

    2.  The petitioner's petition for writ of habeas corpus (doc. 1) is hereby DENIED.

    3.  The clerk is directed to enter judgment accordingly.

    DONE AND ORDERED this __13th__ day of __September__, 2006.


                                s/ William Stafford
                                WILLIAM STAFFORD
                                SENIOR UNITED STATES DISTRICT JUDGE